UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE, M.D.,

       Plaintiff,      :     Case No.:

v.

PROVIDENT LIFE & ACC. INS. CO.

       Defendant.

## MOTION TO FILE UNDER A PSEUDONYM

Plaintiff John Doe, M.D., by his undersigned counsel, HANNON LAW GROUP, LLP, herewith respectfully moves this Court for an Order permitting him to waive the requirements of Fed. R. Civ. P. 10(a) and Local Civil Rules 5.1(e)(1) and 11.1 and to proceed as "John Doe" in all filings in this case. As grounds therefore, Plaintiff refers the Court to the accompanying Memorandum of Points and Authorities and form of Order.

DATED: April 3, 2007                Respectfully submitted,

                                        HANNON LAW GROUP, LLP

                                        /s/ Michael Hannon
                                        J. Michael Hannon, #352526
                                        1901 18th Street, NW
                                        Washington, DC 20009
                                        (202) 232-1907
                                        Fax: (202) 232-3704

                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to File Under a Pseudonym and Memorandum of Points and Authorities in Support of Plaintiff's Motion to Proceed Under a Pseudonym was served with a copy of the Summons and Complaint pursuant to Fed. R. Civ. P. 4(c) via first class mail, postage prepaid, this 3rd day of April, 2007 to:

Provident Life and Accident Insurance Company
1 Fountain Square
Chattanooga, T.N. 37402

Deborah Jewett
Provident Life and Accident Insurance Company
Manager of Customer Relations
2211 Congress St.
Portland, M.E. 04122

_____
J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., | : |
|     Plaintiff, | : |
| v. | : |
| PROVIDENT LIFE & ACC. INS. CO. | : Case No.: |
|     Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM**

Plaintiff, by his undersigned counsel, HANNON LAW GROUP, LLP, herewith submits this Memorandum of Points and Authorities in support of his Motion to File Under a Pseudonym.

Federal Rule 10(a) generally requires that the title of a complaint "include the names of all parties," Fed. R. Civ. P. 10(a), and the Local Rules require that the "first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." LCvRs 5.1(e)(1) and 11.1. Yet, "many federal courts…have permitted parties to proceed anonymously when special circumstances justify secrecy." Does I Thru XXIII v. Advanced Textile Corp., 214 F. 3d 1058, 1067 (9th Cir. 2000); Doe v. District of Columbia, 701 F.2d 948 (D.C. Cir. 1983). Further, federal law provides a Bill of Rights for mental health patients that include the right to confidentiality of such personal records. Mental Health Systems Act, 42 U.S.C. 9501(1)(H); Restatement of Bill of Rights for Mental Health Patients, 42 U.S.C. 10841(1)(H).

By his Complaint, Plaintiff seeks recovery of health care disability benefits from Defendant Provident Life and Accident Insurance Company ("Provident"). The fact that Plaintiff suffers from anxiety, depression, and Post Traumatic Stress Disorder ("PTSD") as a

result of his work as a trauma physician in the emergency room, are of a private nature. Disclosure of this information can have devastating personal effects, disturb family relations, and can result in a withdrawal of job opportunities, loss of income, and psychological trauma. These facts need not be unnecessarily revealed in papers filed herein that are of public record.

WHEREFORE, allowance for Plaintiff to file by use of the pseudonym "John Doe" is warranted in this proceeding in order to protect Plaintiff from further injury. Plaintiff therefore prays that the Court may grant him this protection in the form of the Order that accompanies this Motion.

DATED: April 3, 2007

Respectfully submitted,

HANNON LAW GROUP, LLP

J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE, M.D.,                              :
                                             :
       Plaintiff,                           :
                                             :
v.                                           :
                                             :
PROVIDENT LIFE & ACC. INS. CO.   : Case No.:
       Defendant.                           :

### ORDER

Upon consideration of Plaintiff's "Motion to File Under a Pseudonym", and the Memorandum of Points and Authorities in support of the Motion, it is, by the Court, this

_____ day of_____, 200__,

**ORDERED**: That the said Motion be, and the same hereby is, granted and the Plaintiff be, and hereby is, allowed to file his Complaint and all further pleadings and papers in this proceeding shall be filed bearing the "JOHN DOE" pseudonym in place of Plaintiff's actual name.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

Copies to:

J. Michael Hannon, Esquire
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Provident Life and Accident
Insurance Company
ATTN: Deborah Jewett
Manager of Customer Relations
2211 Congress St.
Portland, M.E. 04122