**FILED**

APR - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE, M.D.,                          :
                                         :
      Plaintiff,                       .

      v.                  Case: 1:07-cv-00633
                                Assigned To : Kennedy, Henry H.
PROVIDENT LIFE & ACC. INS. CO.  Assign. Date : 4/4/2007
      Defendant.          Description: DOE v. PROVIDENT LIFE

### ORDER

    Upon consideration of Plaintiff's "Motion to File Under a Pseudonym", and the

Memorandum of Points and Authorities in support of the Motion, it is, by the Court, this

_4_ day of _April_____, 200 _7_,

    **ORDERED**: That the said Motion be, and the same hereby is, granted and the Plaintiff

be, and hereby is, allowed to file his Complaint and all further pleadings and papers in this

proceeding shall be filed bearing the "JOHN DOE" pseudonym in place of Plaintiff's actual

name _pending further order of the Court._ TFH

_Thomas F. Hogan_
UNITED STATES DISTRICT JUDGE

Copies to:

J. Michael Hannon, Esquire
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Provident Life and Accident
Insurance Company
ATTN: Deborah Jewett
Manager of Customer Relations
2211 Congress St.
Portland, M.E. 04122