IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PROVIDENT LIFE & ACCIDENT INSURANCE )<br>COMPANY )<br>)<br>    Defendant. ) | Civil Action No. 1:07cv00633-HHK |

**CONSENT MOTION TO EXTEND TIME TO SERVE RESPONSIVE PLEADINGS OF DEFENDANT PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY**

Defendant Provident Life & Accident Insurance Company ("Provident"), by counsel, hereby requests that this Court allow Provident until May 25, 2007 to serve its responsive pleadings to Plaintiff's Complaint and sets forth the following in support of its motion:

1. Provident's legal department received Plaintiff's Complaint on or about April 25, 2007 via certified mail. Assuming, without admitting, that Plaintiff's method of service of process was effective, Provident's Answer is due to be served on May 15, 2007.

2. As a result of the age of this claim (the policy dates back to 1985) and the logistical difficulties in locating all of the documents relevant to this lawsuit, counsel for Provident is not yet in possession of all of the documents necessary to provide Provident's responsive pleadings to the Complaint. Moreover, notwithstanding diligent efforts, Provident has not yet located, and does not anticipate being able to locate and provide all the relevant documents to counsel until late in the week of May 7th or the week of May 14th.

3. Counsel for Plaintiff, J. Michael Hannon, has agreed to allow Provident until May 25, 2007 to serve responsive pleadings.

4. This Court may, in its discretion, allow Provident additional time within which to serve responsive pleadings. *See Jackson v. Telford*, 2006 U.S. Dist. LEXIS 62625 (D.D.C. 2006); *Turner v. District of Columbia*, 268 F. Supp. 2d 23, 26 (D.D.C. 2003). The interests of justice would be served by allowing the enlargement of time.

WHEREFORE, Defendant Provident Life & Accident Insurance Company, by counsel, respectfully requests that this Court grant its Consent Motion to Extend Time to Serve Responsive Pleadings and enter the Order attached hereto, thereby allowing Defendant until May 25, 2007 to serve its responsive pleadings to Plaintiff's Complaint.

Respectfully Submitted,

PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY


  __/s/ Tameka M. Collier_____
By Counsel:

Tameka M. Collier, DC Bar No. 47671
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950
FAX **(**202) 274-2994


David E. Constine, III, VSB No. 23223
A. Tevis Marshall, VSB No. 68401
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent Motion to Extend Time to Serve Responsive Pleadings of Defendant Provident Life & Accident Insurance Company was served electronically via the ECF System and mailed, first-class postage prepaid this 9th day of May, 2007 to:

J. Michael Hannon, Esq.
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
FAX (202) 232-3704


_/s/ Tameka M. Collier_____
Counsel

1613040

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07cv00633-HHK |
| | ) |
| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY | ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Consent Motion to Extend Time to Serve Responsive Pleadings of Defendant Provident Life & Accident Insurance Company, and for good cause shown, it is hereby

ORDERED that the time for Defendant Provident Life & Accident Insurance Company to serve its responsive pleadings is hereby enlarged until May 25, 2007.

ENTER:        /        /

_____
Judge

1613042