UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633-HHK |
| | ) |
| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, | ) ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS**

Plaintiff John Doe, M.D., through his attorneys HANNON LAW GROUP, LLP, respectfully presents this motion to extend time in which he must respond to Defendant's Partial Motion to Dismiss.

The undersigned counsel is authorized to represent that counsel for Defendant consents to the relief sought in this Motion. Defendant's Motion to Dismiss was filed on May 24, 2007. Plaintiffs are requesting an extension to respond to the Motion to and including June 18, 2007. Further, Defendant Provident will file any Reply by June 29, 2007.

WHEREFORE, Plaintiff respectfully requests this Consent Motion be granted and the Court enter the attached Order Extending the Time to Respond to Defendant's Partial Motion to Dismiss.

Respectfully submitted,

HANNON LAW GROUP, LLP


*//s// J. Michael Hannon //s//*_____
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Counsel for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing **CONSENT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS**, along with a proposed order, was sent via electronic filing this 31st day of May, 2007, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                                        *//s// J. Michael Hannon //s//*
                                        J. Michael Hannon