**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, M.D., | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:07cv00633 (HHK) |
| | : |
| v. | : |
| | : |
| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY | : |
| | : |
| Defendant. | : |

## RULE 26(f) REPORT OF PARTIES

The undersigned counsel is authorized to report that the Parties' counsel conferred by telephone on July 24, 2007, to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan. The Parties report as follows:

(1) the Parties propose that disclosures under Rule 26(a) (1) take place by August 31, 2007; the Parties propose that other disclosures under Rule 26(a) be made in conformity with the federal rule except as scheduled below;

(2) the Parties do not propose any particular order to discovery nor the need for discovery phases and therefore propose the following schedule:

| | |
|---|---|
| 26(a)(1) DISCLOSURES | August 31, 2007 |
| INDEPENDENT MEDICAL EVALUATION WRITTEN REPORT DUE | October 15, 2007 |
| PLAINTIFF'S EXPERT REPORT | October 31, 2007 |
| DEFENDANT'S EXPERT REPORT | December 15, 2007 |
| CLOSE OF DISCOVERY | February 29, 2008 |

DEADLINE FOR FILING MOTIONS                    March 31, 2008

The parties further plan to present a consent protective order.

(3) the Parties do not anticipate any additional parties joining the action.

(4) the Parties discussed and decided it was premature to determine whether to request this matter proceed before a magistrate judge.

(5) the Parties will revisit settlement discussions once sufficient discovery has taken place to form a basis for such discussions.

(6) the Parties do not anticipate any issues relating to disclosure or discovery of electronically stored information.

(7) Counsel for the Parties are available for a pretrial conference should the Court wish to schedule such a conference.

(8) the Parties have no objection to the Court scheduling a final pretrial conference at a time convenient to the Court any time after February 29, 2008, the proposed close of discovery.

Respectfully submitted,

HANNON LAW GROUP, LLP


           */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorneys for Plaintiff John Doe, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **RULE 26(f) REPORT** was sent via electronic filing this 7th day of August, 2007, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                                                    *//s// J. Michael Hannon*
                                                    J. Michael Hannon