UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, M.D., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 1:07cv00633 (HHK) |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF JOHN DOE'S RULE 26(a) DISCLOSURES

John Doe through his counsel, HANNON LAW GROUP, LLP, submits his initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(2). The disclosures include the following:

(A) the name and, if known the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1. John Doe, M.D.

2. Provident Life & Accident Insurance Company
   1 Fountain Square
   Chattanooga, TN 37401

   Issuing company of the disability policy at issue.

3. Thomas Gilmore, Ph.D.
   Licensed Clinical Psychologist
   1350 Connecticut Ave., N.W.
   Suite 602
   Washington, DC 20036
   (202) 775-0083

   Dr. Glimour began treating John Doe in individual psychotherapy sessions beginning in September 2005 which focused on the loss of his emergency room physician status as a result of his Post-traumatic Stress Disorder.

    4.      Kevin Spera, MSN, SPRN, BC
Whitman Walker Clinic
Elizabeth Taylor Medical Center
1701 14th St. NW
Washington DC 20009

Kevin Spera, MSN, SPRN, BC treated John Doe in individual psychotherapy sessions from January 2003 to December 2004. He primarily treated John Doe for anxiety related issues.

    5.      Gayle Neufeld, M.D.
6935 Laurel Ave.
Suite 208
Takoma Park, MD 20912
(202) 441-9566

Dr. Neufeld performed an independent disability evaluation on July 12, 2005. She interviewed John Doe and reviewed Kevin Spera's treatment record. She concluded that John Doe suffered from Post-traumatic Stress Disorder, Chronic.

    6.      Diane Freeman
UNUM Provident
18 Chestnut St.
Worcester, MA 01608-1528

Ms. Freeman is the Lead Disability Benefits Specialist with Provident Life and Accident Insurance and was the primary source of communication between Provident and John Doe regarding his policy and the denial of his disability benefits.

(B) a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Items in possession, custody or control of the party include John Doe's Disability Income Policy, UNUM Provident Physician Questionnaire, UNUM Provident Attending Physician Statements, Progress Notes, and Psychiatric Evaluation of Dr. John Doe.

These documents are provided separately to counsel for Defendants.

(C)  a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

Damages to Plaintiff John Doe include compensatory and punitive damages, together with interest, costs, and reasonable attorney's fees in excess of the statutory amount in diversity cases.  Further, Plaintiff requests an order declaring that Plaintiff is entitled to Benefits under the Policy and requiring Defendant Provident to commence payment to Plaintiff of Benefits under the Policy.  A computation shall be provided separately.

(D)  for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    Respectfully submitted,

    HANNON LAW GROUP, LLP


       */s/ J. Michael Hannon*
    J. Michael Hannon, #352526
    1901 18th Street, N.W.
    Washington, DC 20009
    (202) 232-1907
    (202) 232-3704 Facsimile
    jhannon@hannonlawgroup.com

    *Attorneys for Plaintiff John Doe, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Plaintiff's Rule 26(a)(1) Initial Disclosures** was sent via electronic transmission 31st day of August 2007, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

PROVIDENT LIFE & ACC. INS. CO.
2000 Corporate Ridge #420
McLean, V.A. 22102

                                               */s/J. Michael Hannon*
                                               J. Michael Hannon