UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE, M.D.,**<br>      **Plaintiff,**<br><br>   v.<br><br>**PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,**<br><br>      **Defendant.** | Civil Action 07-00633 (HHK) |

### ORDER

Before the court is defendant's motion to dismiss [#5]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 13th day of September, 2007, hereby

**ORDERED** that defendant's motion to dismiss is **DENIED**.

                   Henry H. Kennedy, Jr.
                   United States District Judge