IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D.,<br>    Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE & ACCIDENT<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)   Case No. 1:07cv00633 (HHK)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendant Provident Life & Accident Insurance Company (herein "Defendant"), by counsel, states as follows in support of its motion to admit David E. Constine III and Stephen D. Otero to practice before this Court for the purpose of appearing for Defendant in this action. The motion is also supported by the attached Declarations of David E. Constine, III and Stephen D. Otero.

    1.    David E. Constine, III, of Troutman Sanders, LLP, 1001 Haxall Point, Richmond, Virginia 23218-1122, is a member in good standing of the Virginia State Bar and has been licensed to practice law in Virginia and admitted to practice before the Supreme Court of Virginia and all inferior courts in Virginia (1983), the Eastern District of Virginia (1983), the Western District of Virginia (1991), the Fourth Circuit Court of Appeals (1986), and the United States Supreme Court (2001).

    2.    Stephen D. Otero, also of Troutman Sanders, LLP, 1001 Haxall Point, Richmond, Virginia 23218-1122, is a member in good standing of the Virginia State Bar and has been licensed to practice law in Virginia and admitted to practice before the Supreme Court of Virginia and all inferior courts in Virginia (1995), the Eastern District

of Virginia (1995), the Western District of Virginia (1996) and the Fourth Circuit Court of Appeals (1996).

3. If admitted, Messrs. Constine and Otero will represent Defendant in this action together with their colleague, Tameka M. Collier, of Troutman Sanders LLP, 401 9th Street, N.W., Suite 1000, Washington D.C., 20004-2134, who has been licensed in and is a member in good standing of the District of Columbia and Virginia State Bars, and who has been admitted to practice before the District Court for the District of Columbia (2004), the Supreme Court of Virginia and all inferior courts in Virginia (2001), the Eastern District of Virginia (2002), the Western District of Virginia (2002) and the Fourth Circuit Court of Appeals (2002).

4. With reference to all matters incident to this action, Messrs. Constine and Otero agree to be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court for the District of Columbia in all respects as if they were regularly admitted and a licensed member of this Court in good standing.

5. Plaintiff's counsel has no objection to the admission *pro hac vice* of Messrs. Constine and Otero in this action.

This the 8th day of November, 2007.

                        PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY

                        By  /s/ Tameka M. Collier
                              Counsel

Tameka M. Collier, D.C. Bar No. 488979
TROUTMAN SANDERS LLP
401 9th St., NW, Suite 1000
Washington, D.C. 20004-2134
Telephone: (202)272-2950
Fax: (202) 274-2994

/s/ David E. Constine, III
David E. Constine, III, VSB No. 23223

/s/ Stephen D. Otero
Stephen D. Otero, VSB No. 38752

TROUTMAN SANDERS LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
Fax (804) 697-1339

*Counsel to Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to:

J. Michael Hannon
1901 18th Street, N.W.
Washington, DC 20009

/s/ Tameka M. Collier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., <br>     Plaintiff, <br><br> v. <br><br> PROVIDENT LIFE & ACCIDENT <br> INSURANCE COMPANY, <br><br>     Defendant. | ) <br> ) <br> ) <br> )     Case No. 1:07cv00633 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF DAVID E. CONSTINE, III

I, David E. Constine, III, Esquire, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My full name is David E. Constine, III. I have been an attorney in private practice with Troutman Sanders LLP (or its predecessor, Mays & Valentine LLP) since 1983. My office address is 1001 Haxall Point, P.O. Box 1122, Richmond, Virginia, 23218-1122.

2. I a member in good standing of the Virginia State Bar and have been licensed to practice law in Virginia and admitted to practice before the Supreme Court of Virginia and all inferior courts in Virginia (1983), the Eastern District of Virginia (1983), the Western District of Virginia (1991), the Fourth Circuit Court of Appeals (1986), and the United States Supreme Court (2001). I have not been disciplined by these or any other bars.

3. I seek to be admitted *pro hac vice* to this Court for purposes of defending Provident Life & Accident Insurance Company in the above-captioned matter. Within the last two years, I have not been admitted *pro hac vice* to this Court.

4. I do not practice from an office within the District of Columbia, I am not a member of the District of Columbia bar, and I do not have an application for membership in the District of Columbia bar pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of ~~October~~ November, 2007.

_____
David E. Constine III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., <br>     Plaintiff, <br><br> v. <br><br> PROVIDENT LIFE & ACCIDENT <br> INSURANCE COMPANY, <br><br>     Defendant. | ) <br> ) <br> ) <br> )    Case No. 1:07cv00633 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF STEPHEN D. OTERO

I, Stephen D. Otero, Esquire, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    My full name is Stephen D. Otero. I have been an attorney in private practice with Troutman Sanders LLP (or its predecessor, Mays & Valentine LLP) since 1996. My office address is 1001 Haxall Point, P.O. Box 1122, Richmond, Virginia, 23218-1122.

    2.    I a member in good standing of the Virginia State Bar and have been licensed to practice law in Virginia and admitted to practice before the Supreme Court of Virginia and all inferior courts in Virginia (1995), the Eastern District of Virginia (1995), the Western District of Virginia (1996), and the Fourth Circuit Court of Appeals (1996). I have not been disciplined by these or any other bars.

    3.    I seek to be admitted *pro hac vice* to this Court for purposes of defending Provident Life & Accident Insurance Company in the above-captioned matter. Within the last two years, I have not been admitted *pro hac vice* to this Court.

    4.    I do not practice from an office within the District of Columbia, I am not a member of the District of Columbia bar, and I do not have an application for membership in the District of Columbia bar pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of October, 2007.

Stephen D. Otero

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PROVIDENT LIFE & ACCIDENT )<br>INSURANCE COMPANY, )<br> )<br>    Defendant. ) | Case No. 1:07cv00633 (HHK) |

## **ORDER**

Upon consideration of Defendant Provident Life & Accident Insurance Company's Motion *Pro Hac Vice,* and the accompanying Declarations of David E. Constine, III and Stephen D. Otero, and for good cause shown, it is this _____ day of November 2007 hereby

ORDERED that David E. Constine, III and Stephen D. Otero, of Troutman Sanders LLP, be allowed to appear in this action as counsel for Defendant Provident Life & Accident Insurance Company.

_____
United States District Judge