UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE, M.D.,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **PROVIDENT LIFE & ACC. INS. CO.** : <br> : <br> Defendant. : | Civil Action No.: 1:07cv00633 (HHK) |

### CONSENT MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned counsel, J. Michael Hannon, a member of the Bar of this Court, moves for the admission of Sarah R. Bagley to appear before this Court *pro hac vice* on behalf of Plaintiff in this action. The motion is also supported by the attached Declaration of Sarah R. Bagley.

1. Sarah R. Bagley, an associate with HANNON LAW GROUP, LLP, 1901 18th Street, NW, Washington, DC 20009, is a member in good standing of the Maryland Bar and Virginia Bar. Ms. Bagley is licensed to practice law in Maryland and Virginia and admitted to practice before the Court of Appeals for Maryland and all inferior courts in Maryland as well as the Supreme Court of Virginia and all inferior courts in Virginia. Ms. Bagley's application for membership to the District of Columbia bar is currently pending.

2. If admitted, Ms. Bagley will represent Plaintiff in this action together with her colleague, J. Michael Hannon, of HANNON LAW GROUP, LLP, 1901 18th Street, NW, Washington, DC 20009, who has been licensed in and is a member in good standing of the District of Columbia Bar, and who is admitted to practice before the United States District Court for the District of Columbia.

3. With reference to all matters incident to this action, Ms. Bagley agrees to be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court for the District of Columbia in all respects as if she was regularly admitted and a licensed member of this Court in good standing.

4. Defendant's counsel has no objection to the admission *pro hac vice* of Ms.Bagley in this action.

Dated January 2, 2008                                Respectfully submitted,

                                                     HANNON LAW GROUP, LLP


                                                     _____*/s/ J. Michael Hannon*_____
                                                     J. Michael Hannon, #352526
                                                     1901 18th Street, NW
                                                     Washington, DC 20009
                                                     (202) 232-1907
                                                     Fax: (202) 232-3704
                                                     jhannon@hannonlawgroup.com


                                                     _____*/s/ Sarah R. Bagley*_____
                                                     Sarah R. Bagley, VA Bar # 74027
                                                     1901 18th Street, NW
                                                     Washington, DC 20009
                                                     (202) 232-1907
                                                     Fax: (202) 232-3704
                                                     sbagley@hannonlawgroup.com

                                                     *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing, **Consent Motion for Admission *Pro Hac Vice*** was sent via electronic filing, this 2nd day of January, 2008 to:

**David E. Constine, III**
**A. Tevis Marshall**
**Troutman Sanders LLP**
**P.O. Box 1122**
**Richmond, VA 23218-1122**
**(804) 697-1200**

**Tameka M. Collier**
**401 9th Street, NW**
**Suite 1000**
**Washington, D.C. 20004-2134**

                                      */s/ J. Michael Hannon*
                                      J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE, M.D.,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 1:07cv00633 (HHK) |
| : | |
| v. : | |
| : | |
| **PROVIDENTLIFE & ACC. INS. CO.** : | |
| : | |
| **Defendant.** : | |

## DECLARATION OF SARAH R. BAGLEY

I, Sarah R. Bagley, Esquire, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My full name is Sarah Rebecca Bagley.

2. I have been an attorney in private practice with HANNON LAW GROUP, LLP since June 21, 2007. My office address is 1901 18th Street, NW, Washington, DC 20009. My office telephone number is (202) 232-1907.

3. I am licensed to practice law in Maryland and Virginia and I am a member in good standing. I have been admitted to practice before the Supreme Court of Virginia and all inferior courts in Virginia. I have been admitted to practice before the Maryland Court of Appeals and all inferior courts in Maryland.

4. I have not been disciplined by the Maryland or Virginia Bar or any other bar.

5. I seek to be admitted *pro hac vice* to this Court for the purpose of representing John Doe M.D. Within the last two years, I have not been admitted *pro hac vice* to this Court.

4. I practice law from an office within the District of Columbia. I am not a member of the District of Columbia Bar. I do have an application for membership in the District of Columbia Bar pending.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2008.

                                                  _/s/ Sarah R. Bagley_
                                                  Sarah R. Bagley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN DOE, M.D.,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action No.: 1:07cv00633 (HHK) |
| | : | |
| v. | : | |
| | : | |
| **PROVIDENT LIFE & ACC. INS. CO.** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of Plaintiff John Doe's Motion for Admission *Pro Hac Vice*, and the accompanying Declaration of Sarah R. Bagley, and for good cause shown, it is this _____ day of January 2008 hereby

ORDERED that Sarah R. Bagley, of Hannon Law Group, LLP, be allowed to appear in this action as counsel for Plaintiff John Doe, M.D.

**SO ORDERED.**

_____
Henry H. Kennedy, Jr.
District Judge

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134