UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D.,<br><br>        Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | Civil Action 07-00633 (HHK) (AK) |

ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE

It is this 2nd day of January, 2008, hereby

**ORDERED** that plaintiff's "Motion for Protective Order Limiting the Scope of Scheduled Indpendent [sic] Medical Evaluation" [#20], as well as all further motions relating to discovery or discovery-related disputes, are referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Kay, "AK," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

                                                             Henry H. Kennedy, Jr.
                                                             United States District Judge