**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN DOE, M.D., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 1:07cv00633 (HHK)(AK) |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT LIFE & ACC. INS. CO. | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR PROTECTIVE ORDER**
**PROHIBITING DISCLOSURE OF INFORMATION**
**CONTAINED IN PLAINTIFF'S MENTAL HEALTH RECORDS**

Plaintiff John Doe, M.D., by his undersigned counsel, HANNON LAW GROUP, LLP,

herewith respectfully moves this Court for a protective order prohibiting the Defendant from

disclosing to factual witnesses during the course of depositions information contained in

Plaintiff's mental health records.  This motion is being filed pursuant to Fed. R. Civ. P. 26 (c).

As grounds therefore, Plaintiff refers the Court to the accompanying Memorandum of Points and

Authorities and form of Order.

**2**

DATED: January 9, 2008        Respectfully submitted,

HANNON LAW GROUP, LLP

*//s// J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax:  (202) 232-3704

*//s// Sarah R. Bagley*
Sarah R. Bagley, Pro Hac Vice
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax:  (202) 232-3704

*Attorneys for Plaintiff*

**2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION FOR PROTECTIVE ORDER PROHIBITING DISCLOSURE OF INFORMATION CONTAINED IN PLAINTIFF'S MENTAL HEALTH RECORDS along with the memorandum of points and authorities and a proposed order, was sent via electronic filing this 9th day of January, 2008, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134


                                        *//s// J. Michael Hannon*
                                        J. Michael Hannon

**3**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633-(HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

In consideration of the Plaintiff's Motion for Protective Order Prohibiting Disclosure of

Information Contained in Plaintiff's Mental Health Records, it is by the Court this ____ day of

January, 2008,

HEREBY ORDERED that the Motion is GRANTED, and that Defendant shall not

disclose personal information contained in Plaintiff's mental health records to factual witnesses.

**SO ORDERED.**

_____
Alan Kay
United States Magistrate Judge

Copies To:

J. Michael Hannon
Sarah R. Bagley
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134