UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, M.D., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 1:07cv00633 (HHK)(AK) |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT LIFE & ACC. INS. CO. | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF JOHN DOE M.D.'S
JOINT OPPOSITION AND REPLY TO THE
DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR I.M.E.
REPORT AND PLAINTIFF'S MOTION FOR PROTECTIVE ORDER LIMITING I.M.E.**

Plaintiff John Doe, M.D., by his undersigned counsel, HANNON LAW GROUP, LLP, herewith respectfully files this Response to Defendant's Motion For Extension of Time for I.M.E. Report. Plaintiff John Doe, M.D., further includes in this pleading his Reply to Defendant's Opposition to Plaintiff's Motion for Protective Order Limiting I.M.E. Plaintiff is authorized to report to this Court that the Defendant consents to the late filing of the Response to the Defendant's Motion for Extension of Time for I.M.E. Report. Plaintiff seeks leave of this Court to file his Reply to the Defendant's Opposition to Plaintiff's Motion for Protective Order Limiting I.M.E. nunc pro tunc.

Both Plaintiff's Motion for Protective Order Limiting I.M.E. and the Defendant's Motion for Extension of Time for I.M.E. Report arise out of the same circumstances and factual issues and therefore Plaintiff submits this pleading addressing both issues. In this case, the Plaintiff agreed to undergo and independent medical examination. The Plaintiff did not agree to psychological testing, and this matter is governed by Rule 35. The Defendant has given no reason for psychological testing, and Dr. Blumberg is not a psychologist. He would not be doing

the testing nor interpreting it, as that is for a psychologist and Plaintiff never agreed to a psychological evaluation.

The Plaintiff did in fact agree to a medical examination and he attended that examination with Dr. Blumberg of January 4, 2008 as required. Since the Plaintiff was not informed in advance in response to his request as to what types of psychological testing the Defendant sought to be performed, he did not undertake those psychological tests. Dr. Blumberg however did gather information on January 4, 2008 which could form the basis of an independent medical report. The Court should require a Report from Dr. Blumberg and then proceed to determine whether Defendants would be entitled to seek further examination.

Without this initial report from Dr. Blumberg, a statement from him of what further testing he requires to complete his assessment, the Plaintiff is unable to understand what testing is required of him and cannot make an informed decision as to his participation. Once the Court has Dr. Blumberg's initial report, the Court can evaluate the need for further testing and determine whether or not Plaintiff's Protective Order should be granted or whether Defendant's expert should have additional time to complete further testing and file an additional report.

It also bears repeating that under the policy of insurance at issue, Defendant is entitled to a medical examination, not psychological testing.

DATED: January 27, 2008                    Respectfully submitted,

                                                                      HANNON LAW GROUP, LLP


*//s// J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704


*//s// Sarah R. Bagley*
Sarah R. Bagley, Pro Hac Vice
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704

*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing PLAINTIFF JOHN DOE M.D.'S JOINT OPPOSITION AND REPLY TO THE DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR I.M.E. REPORT AND PLAINTIFF'S MOTION FOR PROTECTIVE ORDER LIMITING I.M.E. and a proposed order, was sent via electronic filing this 27th day of January, 2008, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                                                   *//s// J. Michael Hannon*
                                                  J. Michael Hannon