# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, M.D., | : | |
| Plaintiff, | : | Civil Action No.: 1:07cv00633 (HHK)(AK) |
| v. | : | |
| PROVIDENT LIFE & ACC. INS. CO. | : | |
| Defendant. | : | |

## PLAINTIFF'S MOTION FOR LEAVE TO
## FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule of Civil Procedure 5.1(j) and this Court's Minute Order of February 4, 2008, Plaintiff seeks leave to file the records identified in his Motion for Protective Order and Plaintiff's Precis to Accompany Documents Submitted Under Seal for In Camera Review, both under seal.

WHEREFORE, Plaintiff John Doe respectfully requests that this Court grant his Motion for Leave to File Certain Documents Under Seal.

Respectfully submitted,

HANNON LAW GROUP, LLP

      */s/ J. Michael Hannon*
J. Michael Hannon, #352526
Sarah R. Bagley, Pro Hac Vice
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
sbagley@hannonlawgroup.com

*Attorneys for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing **Plaintiff's Motion for Leave to File Certain Documents Under Seal** was served via electronically filing this 11th day of February 2008, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                                              */s/ J. Michael Hannon*
                                              J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, M.D., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 1:07cv00633 (HHK)(AK) |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT LIFE & ACC. INS. CO. | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Certain Documents Under Seal, by the Court, this ___ day of _____, 2008, it is

**ORDERED**, that the Plaintiff's Motion for Leave to File Certain Documents Under Seal be, and is hereby, **GRANTED**. It is further

**ORDERED**, that the records identified in his Motion for Protective Order and Plaintiff's Precis to Accompany Documents Submitted Under Seal for In Camera Review shall be filed under protective seal pursuant to the Minute Order of February 4, 2008.

**SO ORDERED.**

_____
**The Honorable Henry H. Kennedy**
**United States District Judge**

Copies to:

J. Michael Hannon
Sarah R. Bagley
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134