**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633-(HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF**
**TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff John Doe, M.D., through his attorneys HANNON LAW GROUP, LLP, respectfully presents this motion to extend time in which he must respond to Defendant's Motion for Summary Judgment.

The undersigned counsel is authorized to represent that counsel for Defendant consents to the relief sought in this Motion. Defendant's Motion for Summary Judgment was filed on March 31, 2008. Plaintiffs are requesting an extension to respond to the Motion to and including April 28, 2008. Further, Defendant Provident will file any Reply by May 19, 2008.

WHEREFORE, Plaintiff respectfully requests this Consent Motion be granted and the Court enter the attached Order Extending the Time to Respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

HANNON LAW GROUP, LLP


      */s/ J. Michael Hannon*
J. Michael Hannon, #352526
Sarah R. Bagley, Pro Hac Vice
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
sbagley@hannonlawgroup.com

*Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing **CONSENT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, along with a proposed order, was sent via electronic filing this 7th day of April, 2008, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                                       *//s// J. Michael Hannon //s//*
                                        J. Michael Hannon

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633 (HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

In consideration of the Consent Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, it is by the Court this _____ day of April, 2008,

HEREBY ORDERED that the Motion is GRANTED, and that Plaintiff shall have to and including April 28, 2008, to file its response to the Defendant's Motion for Summary Judgment and that Defendant shall have to and including May 19, 2008, to file any Reply.

**SO ORDERED.**

_____
Alan Kay
United States Magistrate Judge

Copies To:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134