**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633-(HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR**
**EXTENSION OF PLEADING SCHEDULE**

Plaintiff John Doe, M.D., through his attorneys HANNON LAW GROUP, LLP, respectfully presents this motion to extend time in which he must respond to Defendant's Motion for Summary Judgment.

Defendant's Motion for Summary Judgment was filed on March 31, 2008. The Parties agreed to a pleading schedule for Defendant's Response and Plaintiff's Reply that was entered by this Court on April 8, 2008. Plaintiff's Response is currently scheduled for Monday April 28, 2008. The Plaintiff is requesting a 10 day extension to the current schedule wherein the Plaintiff's Response would be due on Thursday May 8, 2008. Further, Defendant Provident would file any Reply by May 29, 2008. Plaintiff's counsel contacted Defense counsel seeking consent for this Motion via email midday on Friday April 25, 2005 and had not received a response as of this filing.

Counsel for the Plaintiff is currently dealing with an unanticipated client emergency, and is presently in Los Angeles, California, scheduled to return on Monday, April 28, 2008. Plaintiff's counsel then travels to Seattle on May 1-5, for a previously scheduled trip.

Additionally, Plaintiff's counsel has pleadings due on Monday April 28, 2008, in both the District of Columbia District Court and the District of Columbia Court of Appeals.

WHEREFORE, Plaintiff respectfully requests this Motion be granted and the Court enter the attached Order Extending the Time to Respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

HANNON LAW GROUP, LLP

_____/s/ J. Michael Hannon_____
J. Michael Hannon, #352526
Sarah R. Bagley, Pro Hac Vice
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
sbagley@hannonlawgroup.com

*Attorneys for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing **MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, along with a proposed order, was sent via electronic filing this 25th day of April, 2008, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                                                *//s// J. Michael Hannon //s//*
                                                J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633 (HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

In consideration of the Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, it is by the Court this ____ day of April, 2008,

HEREBY ORDERED that the Motion is GRANTED, and that Plaintiff shall have to and including May 8, 2008, to file its response to the Defendant's Motion for Summary Judgment and that Defendant shall have to and including May 29, 2008, to file any Reply.

**SO ORDERED.**

_____
Alan Kay
United States Magistrate Judge

Copies To:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134