UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633-(HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR
EXTENSION OF PLEADING SCHEDULE**

Plaintiff John Doe, M.D., through his attorneys HANNON LAW GROUP, LLP, respectfully presents this motion to extend time in which he must respond to Defendant's Motion for Summary Judgment.

Defendant's Motion for Summary Judgment was filed on March 31, 2008. The Parties agreed to a pleading schedule for Defendant's Response and Plaintiff's Reply that was entered by this Court on April 8, 2008. Plaintiff recently requested and was granted a 10 day extension to the current schedule wherein the Plaintiff's Response would be due on Thursday May 8, 2008. Further, Defendant Provident would file any Reply by May 29, 2008.

Plaintiff's request for the 10 day extension outlined the upcoming deadlines and the planned and unplanned travel that Plaintiff's counsel recently undertook. Plaintiff's counsel underestimated the impact that said travel and the multiple pleadings filed in late April, early May would have on counsel's ability to finalize the Response to Defendant's Motion. In light of those developments, Plaintiff is requesting an additional 4 days to file his Response, so that said

Response would be filed on Monday, May 12, 2008. Plaintiff will not seek any further extensions and appreciates the Court's facilitation of this final request.

WHEREFORE, Plaintiff respectfully requests this Motion be granted and the Court enter the attached Order Extending the Time to Respond to Defendant's Motion for Summary Judgment.

>Respectfully submitted,
>
>HANNON LAW GROUP, LLP
>
>
>         */s/ J. Michael Hannon*
> J. Michael Hannon, #352526
> Sarah R. Bagley, Pro Hac Vice
> 1901 18th Street, NW
> Washington, DC 20009
> (202) 232-1907
> Fax: (202) 232-3704
> jhannon@hannonlawgroup.com
> sbagley@hannonlawgroup.com
>
> *Attorneys for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing **MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, along with a proposed order, was sent via electronic filing this 8th day of May, 2008, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                *//s// J. Michael Hannon //s//*
                J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633 (HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

In consideration of the Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, it is by the Court this ____ day of May, 2008,

HEREBY ORDERED that the Motion is GRANTED, and that Plaintiff shall have to and including May 12, 2008, to file its response to the Defendant's Motion for Summary Judgment and that Defendant shall have to and including June 3, 2008, to file any Reply.

**SO ORDERED.**

_____
Alan Kennedy
United States District Judge

Copies To:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134