**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633-(HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|       Defendant. | ) |

**MOTION FOR LEAVE TO LATE FILE PLAINTIFF'S**
**OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff John Doe, M.D., through his attorneys HANNON LAW GROUP, LLP, respectfully presents this motion to late file Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Defendant's Motion for Summary Judgment was filed on March 31, 2008. The Parties agreed to a pleading schedule for Defendant's Response and Plaintiff's Reply that was entered by this Court on April 8, 2008. Plaintiff requested and was granted a ten day extension to the current schedule wherein the Plaintiff's Response would be due on Thursday, May 8, 2008. Further, Defendant Provident would file any Reply by May 29, 2008.

On May 8, 2008, Plaintiff, having underestimated the impact that travel and multiple pleadings filed in late April and early May would have on counsel's ability to finalize the Response to Defendant's Motion, requested an additional four days to file his Response. In their haste, Plaintiff's counsel neglected to seek consent for that four day extension with opposing counsel and this Court denied that request, without prejudice, on Monday, May 12, 2008. Plaintiff now seeks leave of this Court, having sought consent of opposing counsel, to late file

his Opposition to Defendant's Motion for Summary Judgment today, Monday, May 12, 2008. The Plaintiff appreciates the Court's and opposing counsel's facilitation of this final request.

WHEREFORE, Plaintiff respectfully requests this Motion be granted and the Court enter the attached Order accepting Plaintiff's Opposition to Defendant's Summary Judgment Motion on Monday, May 12, 2008.

Respectfully submitted,

HANNON LAW GROUP, LLP


       */s/ J. Michael Hannon*
J. Michael Hannon, #352526
Sarah R. Bagley, Pro Hac Vice
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
sbagley@hannonlawgroup.com

*Attorneys for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing **MOTION FOR LEAVE TO LATE FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, along with a proposed order, was sent via electronic filing this 12th day of May, 2008, to:

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                                              *//s// J. Michael Hannon //s//*
                                              J. Michael Hannon

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-cv-00633 (HHK)(AK) |
| | ) |
| PROVIDENT LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

In consideration of the Motion for Leave to Late File Plaintiff's Opposition to Defendant's Motion for Summary Judgment, it is by the Court this ____ day of May, 2008,

GRANTED, and the Clerk of the Court is hereby directed to accept the Plaintiff's Opposition filed with this Court on May 12, 2008, and that Defendant shall have to and including June 3, 2008, to file any Reply.

**SO ORDERED.**

_____
Henry H. Kennedy
United States District Judge

Copies To:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

David E. Constine, III
A. Tevis Marshall
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134