UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, M.D., | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:07cv00633 (HHK)(AK) |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT LIFE & ACC. INS. CO. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that the Plaintiff John Doe, through his attorneys HANNON LAW GROUP, LLP, hereby submit for filing with the Clerk of the Court the exhibits in support of their Memorandum in Opposition to the Defendant's Motion for Summary Judgment. A true copy shall be served via overnight delivery to counsel for the Defendants. These exhibits are to be filed under seal pursuant to Local Rule of Civil Procedure 5.1(j), and this Court's Stipulated Order of September 19, 2007, Governing Discovery and Protection of Confidential Information.

Dated May 13, 2008                    Respectfully submitted,

                                      HANNON LAW GROUP, LLP


                                      _/s/ J. Michael Hannon_
                                      J. Michael Hannon, #352526
                                      1901 18th Street, NW
                                      Washington, DC 20009
                                      (202) 232-1907
                                      Fax: (202) 232-3704

                                      *Attorney for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Notice of Filing of Exhibits to Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment was sent via electronic filing this 13th day of May, 2008, to:

David E. Constine, III  
A. Tevis Marshall  
Troutman Sanders LLP  
P.O. Box 1122  
Richmond, VA 23218-1122  
(804) 697-1200  

Tameka M. Collier  
401 9th Street, NW  
Suite 1000  
Washington, D.C. 20004-2134  

                                        */s/ J. Michael Hannon*  
                                        J. Michael Hannon