IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv00633 |
| ) | (HHK) (AK) |
| PROVIDENT LIFE & ACCIDENT INSURANCE ) | Next Scheduled Court Event: |
| COMPANY ) | October 3, 2008 Status Conference |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR RECONSIDERATION AND MOTION TO STRIKE**

Now comes Defendant, Provident Life & Accident Insurance Company ("Provident" or "Defendant"), by counsel, and respectfully asks the Court: 1) to reconsider the entry of its May 12, 2008 Minute Order granting Plaintiff's Third Motion for an extension of time in which to file his Opposition to Defendant's Motion for Summary Judgment; and 2) to strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment as untimely.

Defendant files this Motion to clarify that Plaintiff's most recent Motion incorrectly implies that Defendant consented to the third requested extension of time. Defendant also wishes to clarify a fact that was lost in Plaintiff's most recent filing, namely, that Plaintiff has now asked for (and received) *three* separate extensions of the deadline for filing his Opposition to Defendant's Summary Judgment Motion. While Defendant consented to Plaintiff's first requested extension, and did not take a position with respect to Plaintiff's second requested extension, it does not consent to Plaintiff's third requested extension, in light of the vague and unspecified explanation offered by Plaintiff and the fact that a third extension will almost quadruple the time period for Plaintiff's response to Defendant's Motion for Summary

Judgment, from eleven (11) days to forty-two (42) days. In support of its Motion, Defendant states as follows:

## FACTUAL BACKGROUND

Defendant filed its Motion for Summary Judgment on March 31, 2008. Under the Local Rules, Plaintiff's Opposition to this Motion was due to be filed by April 11, 2008. On April 7, 2008, Plaintiff requested Defendant's consent to extend the deadline for filing his Opposition seventeen (17) days, until April 28, 2008, due to significant hearings in other cases. Defendant consented to this extension, provided it also receive an extension of 14 days for its Reply Brief necessitated by out-of-state travel by defense counsel shortly after the extended deadline for Plaintiff's Opposition. *See* April 7, 2008 e-mail exchange between counsel (attached as **Exhibit 1**). On April 8, 2008, the Court entered a Consent Order reflecting these extended deadlines. (*See* April 8, 2008 Consent Order.)

On April 25, 2008, Plaintiff requested Defendant's consent to a second, ten (10) day extension of the deadline for filing his Opposition (i.e., until May 8, 2008), for unspecified reasons. *See* April 25, 2008 e-mail from Plaintiff's counsel (attached as **Exhibit 2**). Plaintiff filed a second Motion for Extension of Pleading Schedule later that day, noting that the extension was necessary due to an unanticipated client emergency, travel commitments and pleadings in other cases also due on April 28, 2008. (*See* April 25, 2008 Mot. for Extension of Pleading Schedule.) Defendant did not oppose Plaintiff's second Motion for Extension, but it also did not consent to it, inasmuch as it would have more than tripled the time period for filing Plaintiff's Opposition from the original eleven (11) days to thirty-eight (38) days for vague and unspecified reasons. On May 2, 2008, the Court entered a Minute Order granting Plaintiff's second Motion for Extension, and setting a May 8, 2008 deadline for filing of Plaintiff's Opposition and a May

29, 2008 deadline for Defendant's Reply. (*See* May 2, 2008 Minute Order.)

Late in the day on May 8, 2008 – the (twice) extended deadline for filing its Opposition to Defendant's Motion for Summary Judgment – Plaintiff filed a third Motion for Extension of Pleading Schedule, requesting an additional extension of four (4) days because "Plaintiff's counsel underestimated the impact that said travel and the multiple pleadings filed in late April, early May would have on counsel's ability to finalize the Response to Defendant's Motion." (*See* May 8, 2008 Mot. for Extension of Pleading Schedule at 1.) On May 12, 2008, the Court entered a Minute Order denying Plaintiff's Third Motion for Extension "because Plaintiff did not seek defendant's consent, as required by the rules of this Court." (*See* May 12, 2008 Minute Order.)

In the afternoon on May 12, 2008, Plaintiff requested Defendant's consent to a third extension for filing Plaintiff's Opposition. At 4:10 p.m. that afternoon, Plaintiff re-filed their third Motion for Extension, styled as a Motion for Leave to Late File Plaintiff's Opposition to Defendant's Motion for Summary Judgment. (*See* May 12, 2008 Mot. for Leave.) Plaintiff filed his third Motion for Extension before hearing whether Defendant consented to it, and knowing that Defendant had not consented to the second Motion for Extension. Nevertheless, on the issue of Defendant's consent, Plaintiff's third Motion for Extension provides: "Plaintiff now seeks leave of this Court, having sought consent of opposing counsel, to late file his Opposition to Defendant's Motion for Summary Judgment today, Monday, May 12, 2008. *The Plaintiff appreciates the Court's and opposing counsel's facilitation of this final request.*" See id. at 2 (emphasis added).

At 4:26 p.m. on May 12, 2008, before learning of the filing of Plaintiff's third Motion for Extension, the undersigned defense counsel advised Plaintiff's counsel that he could not consent

to any filing because the client was traveling for the day, and that it was unlikely that Provident would consent to a third extension of the deadline for filing Plaintiff's Opposition in any event. *See* May 12, 2008 e-mail exchange between counsel (attached as **Exhibit 3**).

The Court entered a Minute Order granting Plaintiff's third Motion for Extension at 5:03 p.m., less than an hour after Plaintiff had filed the Motion and before Defendant had filed any response. (*See* May 12, 2008 Minute Order.) Since then, defense counsel has confirmed its initial indication to Plaintiff's counsel that Provident does not consent to the third extension, and has advised that Defendant intends to file this Motion to Reconsider and to Strike. *See* May 14, 2008 e-mail (attached as **Exhibit 4**). Defendant understands that Plaintiff's counsel does not consent to this Motion.

## ARGUMENT

Plaintiff's most recent filing, his Motion for Leave to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment, incorrectly implies that Defendant consented to the requested third extension of the deadline for filing Plaintiff's response to Defendant's Motion for Summary Judgment. *See* Mot. for Leave at 2 ("Plaintiff now seeks leave of this Court, having sought consent of opposing counsel, to late file his Opposition to Defendant's Motion for Summary Judgment today, Monday, May 12, 2008. *The Plaintiff appreciates the Court's and opposing counsel's facilitation of this final request.*") (emphasis added). Defendant does not suggest that Plaintiff has intentionally mislead the Court; in fact, defense counsel is confident that such is not the case. Nevertheless, given the timing of the entry of the Court's Minute Order -- within an hour of Plaintiff's filing and before Defendant's response -- Defendant is concerned that the Court may have interpreted the above-quoted language in Plaintiff's Motion to mean that

Defendant had consented to Plaintiff's third Motion for Extension, and accordingly, granted the Motion.

To be sure, although it consented to Plaintiff's first Motion for Extension, and did not take a position with respect to Plaintiff's second Motion for Extension, Defendant does not consent to Plaintiff's third Motion for Extension. The Scheduling Order in this case requires "truly exceptional and compelling circumstances" to alter the pretrial deadlines, and the same standard should apply to the briefing schedules tied to the pretrial deadlines established therein. *See* December 20, 2007 Scheduling Order at ¶ 7. Plaintiff's explanation for the requested extension – that his counsel "underestimated the impact that travel and multiple pleadings filed in late April and early May would have on counsel's ability to finalize the Response to Defendant's Motion" – is simply not sufficient to justify a *third* extension of a deadline for a response to a dispositive motion under this standard. This is especially true after two prior extensions, the second of which was for identical reasons, and allowed Plaintiff only until May 8 to file his Opposition to Defendant's Summary Judgment Motion. *See* Pl.'s April 25, 2008 Mot. for Extension of Pleading Schedule at 1-2 (explaining the basis for the extension until May 8 as "an unanticipated client emergency," travel commitments and pleadings in other cases also due on April 28, 2008).

## CONCLUSION

For the foregoing reasons, Defendant respectfully asks the Court: 1) to reconsider the entry of its May 12, 2008 Minute Order granting Plaintiff's Third Motion for an extension of time in which to file his Opposition to Defendant's Motion for Summary Judgment; 2) to strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment as untimely; and 3) to award defendant such other relief as the Court deems appropriate.

Respectfully submitted,

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY

/s/ Tameka M. Collier
Tameka M. Collier, D.C. Bar No. 488979
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950
FAX (202) 274-2994
tameka.collier@troutmansanders.com

/s/ Stephen D. Otero
David E. Constine, III, VSB No. 23223
Stephen D. Otero, VSB No. 38752
TROUTMAN SANDERS LLP
1001 Haxall Point, P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX (804) 697-1339
steve.otero@troutmansanders.com

Counsel to Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2008, I caused the foregoing Motion for Reconsideration and to Strike, as well as a proposed order, to be served electronically on the following:

>J. Michael Hannon, Esq.
>Sarah R. Bagley, Esq.
>Hannon Law Group
>1901 18th Street, N.W.
>Washington, DC 20009
>
>Counsel for Plaintiff

/s/ Tameka M. Collier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROVIDENT LIFE & ACCIDENT INSURANCE ) <br> COMPANY ) <br> ) <br> Defendant. ) | Civil Action No. 1:07cv00633 <br> (HHK) (AK) |

## PROPOSED ORDER

In consideration of Defendant's Motion for Reconsideration and to Strike, it is hereby ORDERED that the Motion is GRANTED, and that:

1. The May 12, 2008 Minute Order granting Plaintiff's Third Motion for an extension of time in which to file his Opposition to Defendant's Motion for Summary Judgment is hereby vacated; and

2. Plaintiff's Opposition to Defendant's Motion for Summary Judgment is hereby struck as untimely filed.

ENTERED this ___ day of May, 2008.

_____

Copies to:

Tameka M. Collier, D.C. Bar No. 488979
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950
FAX (202) 274-2994
tameka.collier@troutmansanders.com

David E. Constine, III, VSB No. 23223
Stephen D. Otero, VSB No. 38752
TROUTMAN SANDERS LLP
1001 Haxall Point, P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX (804) 697-1339
steve.otero@troutmansanders.com

Counsel to Defendant

J. Michael Hannon, Esq.
Sarah R. Bagley, Esq.
Hannon Law Group
1901 18th Street, N.W.
Washington, DC 20009

Counsel to Plaintiff


1730373

**Otero, Steve**

| | |
|---|---|
| **From:** | Otero, Steve |
| **Sent:** | Monday, April 07, 2008 5:00 PM |
| **To:** | 'Sarah Bagley'; Marshall, A. Tevis |
| **Cc:** | J. Michael Hannon |
| **Subject:** | RE: Summary Judgment Motion Response |

Sarah - No problem, provided I can get an equivalent extension for our reply brief from May 5 to May 19 (I will be out of town for 10 days right after you serve your brief).

**Stephen D. Otero, Esq.** | Troutman Sanders LLP | 1001 Haxall Point, P.O. Box 1122 | Richmond, VA 23218-1122 | direct: (804)697-1236 | fax: (804)698-5117 | steve.otero@troutmansanders.com | www.troutmansanders.com

*This message may be protected by the attorney-client privilege and/or work product doctrine. If you believe that this message has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error and then delete it. Thank you.*

```
-----Original Message-----
From: Sarah Bagley [mailto:sbagley@hannonlawgroup.com]
Sent: Monday, April 07, 2008 9:15 AM
To: Otero, Steve; Marshall, A. Tevis
Cc: J. Michael Hannon
Subject: Summary Judgment Motion Response
```

Good morning gentlemen,

I'd like to ask if you would consent to an extension on our Response to the Summary Judgment Motion. I was prepping for a Post Trial Motion to Vacate Judgment hearing last week that took place this past Friday and I have additional hearings this Friday and the following Friday in the Eastern District of Virginia that will require considerable preparation.

The current due date I believe is this Friday, April 11th. I'd like to ask for an extension of just over two weeks, Monday April 28th, so that I will be clear of those hearings.

Thank you,
Sarah


Sarah R. Bagley, Associate
Hannon Law Group, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
202-232-1907
sbagley@hannonlawgroup.com

Admitted only in Virginia and Maryland (D.C. bar admittance pending); Supervision by J. Michael Hannon, a Member of the D.C. Bar.

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**EXHIBIT 1**

5/12/2008

Otero, Steve

| | |
|---|---|
| **From:** | Sarah Bagley [sbagley@hannonlawgroup.com] |
| **Sent:** | Friday, April 25, 2008 12:15 PM |
| **To:** | Otero, Steve |
| **Cc:** | J. Michael Hannon; Marshall, A. Tevis; Collier, Tameka M. |
| **Subject:** | Doe v Provident (Qualey) |

Good afternoon Steve,

Michael's and my schedule took a hit this week and I would like to request your consent for a 10 day extension to our current pleading schedule. I realize you are out of the office in early May, so hopefully that would not conflict with your schedule if we then set back your Reply to May 29th?

Thank you for your consideration. I've attached the proposed Motion and Order.

Sarah


Sarah R. Bagley, Associate
Hannon Law Group, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
202-232-1907
sbagley@hannonlawgroup.com

Admitted only in Virginia and Maryland (D.C. bar admittance pending); Supervision by J. Michael Hannon, a Member of the D.C. Bar.

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

5/15/2008

EXHIBIT 2

Otero, Steve

| | |
|---|---|
| **From:** | Otero, Steve |
| **Sent:** | Monday, May 12, 2008 4:26 PM |
| **To:** | 'Sarah Bagley' |
| **Cc:** | J. Michael Hannon; Constine, David E. |
| **Subject:** | RE: Doe v Provident - Motion for Leave to File |

I have called our client to discuss this matter, but he is traveling today, and I am told he most likely will not be able to respond until tomorrow. Thus, we cannot consent to any filing today.

In addition, as a heads up, I think it is unlikely that our client will consent to a third extension of the deadline for responding to a dispositive motion. I'll let you know when we hear back from our client, though.

**Stephen D. Otero, Esq.** | Troutman Sanders LLP | 1001 Haxall Point, P.O. Box 1122 | Richmond, VA 23218-1122 | direct: (804)697-1236 | fax: (804)698-5117 | steve.otero@troutmansanders.com | www.troutmansanders.com

*This message may be protected by the attorney-client privilege and/or work product doctrine. If you believe that this message has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error and then delete it. Thank you.*

> -----Original Message-----
> **From:** Sarah Bagley [mailto:sbagley@hannonlawgroup.com]
> **Sent:** Monday, May 12, 2008 2:37 PM
> **To:** Otero, Steve
> **Cc:** J. Michael Hannon
> **Subject:** Doe v Provident - Motion for Leave to File
>
> Good afternoon,
>
> We are finalizing our pleading and wish to seek your consent to file today, given the judge's ruling, without prejudice, of earlier today.
>
> Thank you,
> Sarah
>
>
> Sarah R. Bagley, Associate
> Hannon Law Group, LLP
> 1901 18th Street, N.W.
> Washington, D.C. 20009
> 202-232-1907
> sbagley@hannonlawgroup.com
>
> Admitted only in Virginia and Maryland (D.C. bar admittance pending); Supervision by J. Michael Hannon, a Member of the D.C. Bar.
>
>
> The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

5/13/2008

**EXHIBIT 3**

**Otero, Steve**

| | |
|---|---|
| **From:** | Otero, Steve |
| **Sent:** | Wednesday, May 14, 2008 5:49 PM |
| **To:** | 'Sarah Bagley' |
| **Cc:** | 'J. Michael Hannon' |
| **Subject:** | RE: Doe v Provident |

To follow up, we heard from our client yesterday, and as expected, Provident does not consent to the third requested extension for your opposition to our summary judgment motion. Accordingly, we are drafting a motion for reconsideration of the order the Court entered on Monday evening granting the extension. I will assume that you cannot / do not consent to our motion unless I hear otherwise from you.

**Stephen D. Otero, Esq.** | Troutman Sanders LLP | 1001 Haxall Point, P.O. Box 1122 | Richmond, VA 23218-1122 | direct: (804)697-1236 | fax: (804)698-5117 | steve.otero@troutmansanders.com | www.troutmansanders.com

*This message may be protected by the attorney-client privilege and/or work product doctrine. If you believe that this message has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error and then delete it. Thank you.*

> -----Original Message-----
> **From:** Otero, Steve
> **Sent:** Monday, May 12, 2008 4:26 PM
> **To:** 'Sarah Bagley'
> **Cc:** J. Michael Hannon; Constine, David E.
> **Subject:** RE: Doe v Provident - Motion for Leave to File
>
> I have called our client to discuss this matter, but he is traveling today, and I am told he most likely will not be able to respond until tomorrow. Thus, we cannot consent to any filing today.
>
> In addition, as a heads up, I think it is unlikely that our client will consent to a third extension of the deadline for responding to a dispositive motion. I'll let you know when we hear back from our client, though.
>
> **Stephen D. Otero, Esq.** | Troutman Sanders LLP | 1001 Haxall Point, P.O. Box 1122 | Richmond, VA 23218-1122 | direct: (804)697-1236 | fax: (804)698-5117 | steve.otero@troutmansanders.com | www.troutmansanders.com
>
> *This message may be protected by the attorney-client privilege and/or work product doctrine. If you believe that this message has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error and then delete it. Thank you.*
>
> > -----Original Message-----
> > **From:** Sarah Bagley [mailto:sbagley@hannonlawgroup.com]
> > **Sent:** Monday, May 12, 2008 2:37 PM
> > **To:** Otero, Steve
> > **Cc:** J. Michael Hannon
> > **Subject:** Doe v Provident - Motion for Leave to File
> >
> > Good afternoon,
> >
> > We are finalizing our pleading and wish to seek your consent to file today, given the judge's ruling, without prejudice, of earlier today.
> >
> > Thank you,
> > Sarah



EXHIBIT 4

Sarah R. Bagley, Associate
Hannon Law Group, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
202-232-1907
sbagley@hannonlawgroup.com

Admitted only in Virginia and Maryland (D.C. bar admittance pending); Supervision by J. Michael Hannon, a Member of the D.C. Bar.

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.