# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, M.D., | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:07cv00633 (HHK)(AK) |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT LIFE & ACC. INS. CO. | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION

Plaintiff, by his undersigned counsel, HANNON LAW GROUP, LLP, herewith submits this Opposition to Defendant's Motion for Reconsideration on Plaintiff's Motion for Leave to Late File.

In Opposition to that Motion, Plaintiff would direct this Court to Plaintiff's recently filed Amended Motion for Leave to Late File and accompanying Affidavit and Exhibit. Plaintiff's Amended Motion for Leave to Late File and accompanying Affidavit address the issues raised in Defendant's Motion for Reconsideration.

Dated May 19, 2008                              Respectfully submitted,

                                                HANNON LAW GROUP, LLP


                                                    */s/ J. Michael Hannon*
                                                J. Michael Hannon, #352526
                                                Sarah R. Bagley, Pro Hac Vice
                                                1901 18th Street, NW
                                                Washington, DC 20009
                                                (202) 232-1907
                                                Fax: (202) 232-3704
                                                jhannon@hannonlawgroup.com
                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION**, was sent via electronic transmission and first class mail this 19th day of May, 2008, to:

David E. Constine, III
Stephen D. Otero
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122

Tameka M. Collier
Troutman Sander LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134

                                        */s/ J. Michael Hannon*
                                        J. Michael Hannon

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, M.D., | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:07cv00633 (HHK)(AK) |
| | : | |
| v. | : | |
| | : | |
| PROVIDENT LIFE & ACC. INS. CO. | : | |
| | : | |
| Defendant. | : | |

### ORDER

In consideration of Defendant's Motion for Reconsideration and to Strike and Plaintiff's Opposition thereto it is by the Court this _____ day of May, 2008,

**HEREBY ORDERED** that the Motion is **DENIED**.

**SO ORDERED.**

_____
HENRY H. KENNEDY
United States District Judge

Copies To:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

David E. Constine, III
Stephen D. Otero
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200

Tameka M. Collier
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134