IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D. )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>PROVIDENT LIFE & ACCIDENT INSURANCE )<br>COMPANY )<br>)<br>   Defendant. ) | Civil Action No. 1:07cv00633<br>       (HHK) (AK) |

**DEFENDANT'S OPPOSITION TO
PLAINTIFF'S AMENDED MOTION FOR LEAVE TO LATE FILE PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Now comes Defendant, Provident Life & Accident Insurance Company, by counsel, and states as follows for its Opposition to Plaintiff's Amended Motion for Leave to Late File Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Defendant's Opposition"):

    The reasons for Defendant's Opposition are set forth in Defendant's recently-filed Reply in Support of Defendant's Motion to Reconsider and to Strike, which Defendant incorporates herein by reference.

    WHEREFORE, Defendant respectfully asks the Court: 1) to deny Plaintiff's Amended Motion for Leave to Late File Plaintiff's Opposition to Defendant's Motion for Summary Judgment; 2) to strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment as untimely; and 3) to award Defendant such other relief as the Court deems appropriate.

Respectfully submitted,

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY

/s/ Tameka M. Collier
Tameka M. Collier, D.C. Bar No. 488979
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950
FAX (202) 274-2994
tameka.collier@troutmansanders.com

/s/ Stephen D. Otero
David E. Constine, III, VSB No. 23223
Stephen D. Otero, VSB No. 38752
TROUTMAN SANDERS LLP
1001 Haxall Point, P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339
steve.otero@troutmansanders.com

Counsel to Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2008, I caused the foregoing Opposition to Plaintiff's Amended Motion for Leave to Late File, and a proposed order, to be served to be via CM/ECF electronic delivery  on the following: on the following:

> J. Michael Hannon, Esq.
> Sarah R. Bagley, Esq.
> Hannon Law Group
> 1901 18th Street, N.W.
> Washington, DC  20009
> Counsel for Plaintiff

/s/ Tameka M. Collier
Counsel to Defendant

1733748

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D.  )<br>)<br>  Plaintiff,  )<br>)<br>v.  )<br>)<br>PROVIDENT LIFE & ACCIDENT INSURANCE  )<br>COMPANY  )<br>)<br>  Defendant.  )  | Civil Action No. 1:07cv00633<br>(HHK) (AK) |

**PROPOSED ORDER**

In consideration of Plaintiff's Amended Motion for Leave to Late File Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Defendant's Opposition thereto, it is this _____ day of May, 2008 hereby

ORDERED:

1.    that Plaintiff's Motion is DENIED; and

2.    that Plaintiff's Opposition to Defendant's Motion for Summary Judgment is struck as untimely.

_____
Judge, United States District Court
 for the District of Columbia

Copies to:

Tameka M. Collier, D.C. Bar No. 488979
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950
FAX (202) 274-2994
tameka.collier@troutmansanders.com

David E. Constine, III, VSB No. 23223
Stephen D. Otero, VSB No. 38752
TROUTMAN SANDERS LLP
1001 Haxall Point, P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339
steve.otero@troutmansanders.com

Counsel to Defendant


J. Michael Hannon, Esq.
Sarah R. Bagley, Esq.
Hannon Law Group
1901 18th Street, N.W.
Washington, DC  20009

Counsel to Plaintiff