IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, M.D. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PROVIDENT LIFE & ACCIDENT INSURANCE )<br>COMPANY )<br>)<br>    Defendant. ) | Civil Action No. 1:07cv00633<br>        (HHK) (AK) |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that a Sealed Attachment (Exhibits 15-17) to Defendant's Reply In Support Of Motion For Summary Judgment was filed with the Court. Pursuant Local Rule of Civil Procedure 5.1(j), and this Court's Stipulated Order of September 19, 2007, these documents are not available for public viewing.

                                              Respectfully submitted,

                                              PROVIDENT LIFE & ACCIDENT
                                              INSURANCE COMPANY

/s/ Tameka M. Collier
Tameka M. Collier, D.C. Bar No. 488979
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950
FAX (202) 274-2994
tameka.collier@troutmansanders.com

/s/ Stephen D. Otero
David E. Constine, III, VSB No. 23223
Stephen D. Otero, VSB No. 38752\
A. Tevis Marshall, VSB No. 68401
TROUTMAN SANDERS LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX (804) 697-1339
steve.otero@troutmansanders.com

Counsel to Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2008, I caused the foregoing Notice Regarding Filing of Sealed Material to be filed served electronically on the following:

J. Michael Hannon, Esq.
Sarah R. Bagley, Esq.
Hannon Law Group
1901 18th Street, N.W.
Washington, DC  20009

Counsel for Plaintiff

/s/ Tameka M. Collier

1089313v1